GUARDIAN TRUST COMPANY OF NEW YORK, Appellant, *v.*
STEPHEN PEABODY, Respondent.

*Guardian Trust Co.* v. *Peabody*, 122 App. Div. 648, affirmed.
(Argued March 25, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 20, 1907, affirming a judgment in favor of defend-
ant entered upon the report of a referee in an action to recover
upon a contract of guaranty.

*Charles F. Brown* and *Henry D. Hotchkiss* for appellant.

*Denis O'Brien, H. Snowden Marshall* and *Montague
Lessler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

WILLIAM L. BULL et al., as Copartners under the Firm Name
of EDWARD SWEET AND COMPANY, Respondents, *v.* GUARDIAN
TRUST COMPANY OF NEW YORK, Appellant.

*Bull* v. *Guardian Trust Co.*, 122 App. Div. 657, affirmed.
(Argued March 25, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 6, 1907, affirming a judgment in favor of plaintiffs
entered upon the report of a referee in an action to recover
certain stocks pledged to defendant as security for the
payment of a certain note.

*Charles F. Brown* and *Henry D. Hotchkiss* for appellant.

*Denis O'Brien* and *H. Snowden Marshall* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.